IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ISAAC NARANJO, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 21-cv-72J |
| | ) | District Judge Christy Criswell Wiegand |
| v. | ) | Magistrate Judge Maureen P. Kelly |
| | ) | |
| M.M. IVICIC, D. J. CLOSE, and M.J. PYO, | ) | Re: ECF No. 126 |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM ORDER**

Plaintiff Isaac Naranjo ("Plaintiff"), an inmate incarcerated at the State Correctional Institution at Greene ("SCI-Greene"), brings this *pro se* action arising out of allegations that he was placed in administrative custody in retaliation for filing a lawsuit and grievances in violation of his First Amendment rights. ECF Nos. 28 and 63.

Plaintiff previously moved for an order compelling Defendants to respond to his Fourth and Fifth Requests for Production of Documents that he submitted on June 13, 2022. ECF No. 105. On August 30, 2022, the Court denied this motion based on Defendants' representation that the responses already had been mailed to Plaintiff. ECF No. 116 at 3.

Plaintiff then filed the instant motion, in which he claims that he still has not received Defendants' responses to his Fourth and Fifth Requests for Production of Documents and renews his request for the Court to compel responses.[1] ECF No. 126. However, Defendants have once again confirmed they mailed the responses at issue, and they have attached copies of the discovery requests that were provided. ECF Nos. 134, 134-1. Plaintiff also admitted that he has since

---

[1] Plaintiff titled this a "Motion in Response to Defendants' Response in Opposition to Plaintiff's Motion to Compel Discovery (ECF 105, 106)." Based on the content, the Court construed this as a renewed Motion to Compel Discovery relative to the discovery requests at issue in his previously filed Motion to Compel Discovery at ECF No. 105, and it ordered Defendants to respond. ECF No. 129.

received these discovery responses in a subsequent discovery-related motion. ECF No. 131 ¶ 5. As such, there is nothing further for the Court to compel. For these reasons, the Motion is denied.

An appropriate Order follows.

AND NOW, this 27th day of September, 2022, it is hereby ORDERED that Plaintiff's Motion in Response to Defendants' Response in Opposition to Plaintiff's Motion to Compel Discovery (ECF Nos. 105, 106), ECF No. 126, is DENIED.

In accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rule 72.C.2 of the Local Rules of Court, the parties are allowed fourteen (14) days from the date of this Order to file an appeal to the District Judge which includes the basis for objection to this Order. Any appeal is to be submitted to the Clerk of Court, United States District Court, 700 Grant Street, Room 3110, Pittsburgh, PA 15219. Failure to file a timely appeal will constitute a waiver of any appellate rights.

BY THE COURT:

/s/ Maureen P. Kelly
MAUREEN P. KELLY
UNITED STATES MAGISTRATE JUDGE

cc: The Honorable Christy Criswell Wiegand
United States District Judge

Isaac Naranjo
FJ 4369
SCI-Greene
169 Progress Drive
Waynesburg, PA 15370

All counsel of record by Notice of Electronic Filing