IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ISAAC NARANJO, | |
| Plaintiff, | 3:21-CV-00072-CCW |
| v. | |
| M.M. IVICIC, D. J. CLOSE, and M.J. PYO | |
| Defendants. | |

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On November 1, 2022, the Magistrate Judge issued a Report, ECF No. 148, recommending that Plaintiff's Motion for a Temporary Restraining Order, ECF No. 88, be denied on the grounds that Plaintiff requests injunctive relief against individuals who are not parties to this action and Plaintiff has failed to fully exhaust all available administrative remedies pursuant to the Prison Litigation Reform Act, 42 U.S.C. § 1997e(a).  Service of the Report and Recommendation ("R&R") was made on the parties, and Plaintiff has filed Objections.  *See* ECF No. 150.

After a *de novo* review of the pleadings and documents in the case, together with the R&R and the Objections thereto, the following Order is entered:

Plaintiff's Motion for a Temporary Restraining Order, ECF No. 88, is **DENIED**; and the R&R, ECF No. 148, is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

DATED this 15th day of November, 2022.

BY THE COURT:

/s/ Christy Criswell Wiegand
CHRISTY CRISWELL WIEGAND
United States District Judge

cc (via ECF email notification):

All Counsel of Record

cc (via United States Mail):

Isaac Naranjo
FJ 4369
SCI Greene
169 Progress Drive
Waynesburg, PA 15370
Pro se Plaintiff