IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ISAAC NARANJO,

      Plaintiff,

  v.

M.M. IVICIC, D.J. CLOSE, M.J. PYO

      Defendants.

3:21-CV-00072-CCW

## **ORDER**

This case has been referred to United States Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On November 1, 2022, the Magistrate Judge issued a Report, ECF No. 158, recommending that Defendants' Motion for Summary Judgment, ECF No. 142, be granted.  Service of the Report and Recommendation ("R&R") was made on the parties, and Plaintiff has filed Objections. *See* ECF No. 159.  After a *de novo* review of the pleadings and documents in the case, together with the R&R and the Objections thereto, the following Order is entered:

Defendants' Motion for Summary Judgment, ECF No. 142, is **GRANTED**; and the R&R, ECF No. 158, is adopted as the Opinion of the District Court.  Accordingly, Plaintiff's claims are dismissed and judgment will be entered in Defendants' favor.

IT IS SO ORDERED.


DATED this 19th day of May, 2023.


BY THE COURT:


/s/ Christy Criswell Wiegand
CHRISTY CRISWELL WIEGAND
United States District Judge


cc (via ECF email notification):

All Counsel of Record

cc (via United States Mail):

Isaac Naranjo, pro se
FJ 4369
SCI Greene
169 Progress Drive
Waynesburg, PA 15370